NUMBER 13-07-206-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________ _


JOSE GUADALUPE LUCIO, ET AL., Appellants,


v.



JAVIER FLORES, Appellee.

________________________________________________________


On appeal from the 404th District Court


of Cameron County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellants, JOSE GUADALUPE LUCIO, ET AL., attempted to perfect an appeal
from a judgment entered by the 404th District Court of Cameron County, Texas, in
cause number 2005-07-3705-G. Appellants have filed a motion to dismiss the appeal. 
In the motion, appellants state that the trial court has granted a new trial in this
matter, and appellants no longer wish to prosecute this appeal. Appellants request
that the appeal be dismissed with costs taxed against the party incurring same.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants'
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 10th day of May, 2007.